IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLEN WILLIAMS,<br><br>                Defendant. | **8:13CR401**<br><br>**ORDER** |

This matter is before the Court on defendant's motion for recalculation of his sentence, Filing No. 66. The Bureau of Prisons has now responded. Filing No. 67.

Accordingly, the Court hereby orders both the United States and Mr. Williams to respond to the Bureau of Prisons calculation within 14 days of the date of this order. Both parties shall indicate whether they agree or disagree with sentence calculation by the BOP, and why or why not. If a party disagrees, they shall offer another sentence calculation with their explanation. Such response shall be filed in CM/ECF.

IT IS SO ORDERED.

Dated this 8th day of August, 2023.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge