IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLEN WILLIAMS,<br><br>        Defendant. | 8:13CR401<br><br>ORDER |

This matter is before the Court on defendant's motion for recalculation of his sentence, Filing No. 66. The Bureau of Prisons ("BOP") has now responded. Filing No. 67. The Court is advised that the defendant did not receive a copy of the Bureau's response. The Clerk's Office mailed a copy of the Bureau of Prisons response to the defendant on August 18, 2023 (*see* Filing No. 70).

Accordingly, the Court hereby orders both the United States and Mr. Williams to respond to the Bureau of Prisons calculation on or before the close of business September 5, 2023. Both parties shall indicate whether they agree or disagree with sentence calculation by the BOP, and why or why not. If a party disagrees, they shall offer another sentence calculation with their explanation.

IT IS SO ORDERED.

Dated this 18th day of August, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge